the brief were *Eugene Cook,* Attorney General, and *Edward E. Dorsey.* *Victor Davidson* and *Standish Thompson* filed a brief for certain counties and municipalities of Georgia, as *amici curiae,* urging affirmance.

*Miscellaneous Orders.*

No. 328, Misc. IN RE SCHAMUS. The motion for leave to file petition for writ of quo warranto is denied.

No. 329, Misc. KISSINGER *v.* HUNTER, WARDEN; and
No. 338, Misc. LANCOUR *v.* MICHIGAN. The motions for leave to file petitions for writs of habeas corpus are denied.

*Certiorari Granted.*

No. 512. BELL, SUPERINTENDENT OF BANKS, *v.* SINGER; and
No. 527. SINGER *v.* YOKOHAMA SPECIE BANK, LTD. ET AL. Court of Appeals of New York. Certiorari granted. *Edward Feldman* for Bell, petitioner in No. 512 and respondent in No. 527. *Albert R. Connelly* and *George S. Collins* for Singer. *Solicitor General Perlman* filed a memorandum in No. 512 for the United States, as *amicus curiae,* urging that the petition therein be granted.

No. 513. BELL, SUPERINTENDENT OF BANKS, *v.* BANQUE MELLIE IRAN; and
No. 528. BANQUE MELLIE IRAN *v.* BELL, SUPERINTENDENT OF BANKS. Court of Appeals of New York. Certiorari granted. *Edward Feldman* for Bell. *Allen T. Klots* for Banque Mellie Iran. *Solicitor General Perlman* filed a memorandum in No. 513 for the United States, as *amicus curiae,* urging that the petition therein be granted.